# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Todd Baker, | ) | Case No. 1:20-cr-104 |
| | ) | |
| Defendant. | ) | |

On November 6, 2020, defendant filed a pro se motion requesting the appointment of substitute of counsel. (Doc. No. 70). On November 9, 2020, defendant's court-appointed counsel, attorney Kent Morrow, filed response to the motion advising that his relationship with defendant has been "irretrievably broken." (Doc. No. 71).

In the interest of justice, the court **GRANTS** defendant's motion (Doc. No. 70) and authorizes attorney Kent Morrow, to withdraw as defense counsel of record. The court shall, by separate order, appoint substitute counsel for defendant. The court expects defendant to work with substitute counsel. Defendant should take heed that any further requests by him for new counsel are unlikely to be looked upon favorably.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court